## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Rodney Rodriguez Brown, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 12-485-WS |
| | ) | |
| v. | ) | Criminal No. 08-173-WS-N |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>JUDGMENT</u>

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 135 in Criminal No. 8-173-WS-N) be and the same hereby is **DENIED** because the claims asserted therein are time-barred pursuant to 28 U.S.C. § 2255(f).

Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE** this the 13th day of September, 2013.


s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**